CHRISTOPHER COBEY, Bar No. 060821
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113-2431
Telephone:    408.795.3425

MATTHEW J. RUGGLES, Bar No. 173052
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:    916.830.7200

Attorneys for Defendant
CDG MANAGEMENT, L.L.C. (erroneously sued as "CIVIC DEVELOPMENT GROUP")

GLEN GUENARD, Bar No. 129453
ROSS BOZARTH, Bar No. 179171
GALEN T. SHIMODA, Bar No. 226752
GUENARD & BOZARTH, LLP
1810 S Street
Sacramento, CA  95814

Attorneys for FRANK WILLIAMS, individually on behalf of himself, all others similarly situated, aggrieved employees and the general public

FOR THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WILLIAMS, individually on behalf of themselves, all others similarly situated, aggrieved employees, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>CIVIC DEVELOPMENT GROUP, a Delaware Corporation; and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No.  2:06-cv-0568 MCE-KJM<br><br>**STIPULATION TO REMAND CASE TO STATE COURT** |

1  Plaintiff FRANK WILLIAMS and Defendant CDG MANAGEMENT, L.L.C. (erroneously sued as CIVIC DEVELOPMENT GROUP), by and through their attorneys of record, hereby stipulate and agree as follows:

    1.  Plaintiff FRANK WILLIAMS filed a Motion to Remand this lawsuit to the Superior Court of the State of California in and for the County of Sacramento on April 7, 2006;

    2.  Defendant CDG MANAGEMENT, L.L.C. does not oppose remand of this case because, after review and consideration of Plaintiff's arguments in the Motion to Remand, diversity jurisdiction pursuant to 28 U.S.C. section 1332(a) is not appropriate in this case;

    3.  Plaintiff FRANK WILLIAMS withdraws his request for attorney's fees and costs in connection with his Motion to Remand, but does not waive his right to seek such attorney's fees and costs at the conclusion of the lawsuit if Plaintiff is determined to be the prevailing party;

    4.  Based on the foregoing, the parties stipulate and agree that this case shall be remanded from the United States District Court for the Eastern District of California to the Superior Court of the State of California in and for the County of Sacramento.

**IT IS SO STIPULATED.**

Dated: May 15, 2006

s/s *Galen T. Shimoda*
GALEN T. SHIMODA
GUENARD & BOZARTH, LLP
Attorneys for Plaintiffs
FRANK WILLIAMS, et al.

Dated: May 15, 2006

s/s *Matthew J. Ruggles*
CHRISTOPHER COBEY
MATTHEW J. RUGGLES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CDG MANAGEMENT, L.L.C.

**ORDER**

Pursuant to the stipulation of the parties, this case shall immediately be remanded to the Superior Court of the State of California in and for the County of Sacramento.

**IT IS SO ORDERED.**

DATED: May 19, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2.